**FILED**
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Larry Darnell Epps, #36966-018 :
   Aggrieved/Plaintiff,
  USP Canaan
  DOB - 3/0   against — Wayne County PA 184

United States Of America,

      Via

United States Department of
Justice Parole Commission,

      and

Court Services Offender
Supervision Agency,
        Defendants,

Case: 1:08-cv-00911
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/29/2008
Description: Pro Se Gen. Civil

JURY ACTION

RIGHT TO DUE PROCESS AND EQUAL
PROTECTION.

---

    Aggrieved Plaintiff alleges:

JURISDICTION AND VENUE

    1. This is a civil action seeking to vindicate and to safeguard rights protected under the Fourteenth Amendment's guarantee of due process and equal protection of law as provided in the constitution of The United States of America.

    2. Because of the nature of this action, this Court has jurisdiction over the subject-matter under 28 U.S.C. §§ 1331, 1343 (a)(3)(4).

    3. Venue is proper in the District Court for the DISTRICT OF COLUMBIA pursuant to 28 U.S.C. § 1391 (b), because the events and occurrence giving rise to this claim arose in the District of Columbia.

**RECEIVED**

MAY 19 2008

Clerk, U.S. District and
Bankruptcy Courts

1

4. Aggrieved Party/Plaintiff, natural person Larry D. Epps, and at all times alleged herein a person serving a Superior Court term of incarceration on a sentence with parole eligibility, who having obtained parole and exercising liberty in free society under parole custody has, at all times herein, a Fourteenth Amendment right to procedual due process and equal protection to not be deprived of that liberty and interst arbitrarialy or unilaterially.

5. Court Services Offender Supervision Agency, is a defendant (hereinafter "Agency") is established with the executive branch of the Federal Government as provided at § 24-133, with the jurisdiction and authority of the Board of Parole of the District of Columbia to grant, deny, and revoke parole, and to impose and modify conditions of parole as provided at §24-131 of the D.C. Code; and who did willfully, with gross neglegence and reckless disregard, and total indifference, malicious aforethought knew or should have known that the gross negligence and/or total indifference and reckless disregard for completing the madatory verification upon which Aggrieved Plaintiff's parole liberty was contingent upon would extend his prison time in contravention of the Fourteenth Amendment and Bill of Rights protections due Aggrieved Plaintiff as a matter of right and justice.

6. United states Parole Commission, is also a defendant (hereing after the "Commission") Who is an independant entity responsible for the duties of granting, denying, and revoking parole as provided by The United States Code Title 18.

7. On or about January 14, 2008, The **following** action was ordered: Revoke parole. None of the time spent on parole shell be credited. Re-parole effective April 14, 2008 after the service of 12 months.

8. According to the "Commission's" Notice of action, **NOTE:** Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission.

9. Your release plan will be investigated by the D.C. Court Services and Offender Supervion Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered.

10. Fact, Agency and (CSOSA) did negligently fail to follow through and live up to its supposed duty of insuring that Plaintiff Epps, did not wrongfully suffer any un-warranted confindment due to any negligent failure on the part of this Agency to verify Epps, place of residence.

11. Fact, The United States Parole Commission's negligent failure to follow through and insure that its order to revoke parole did not exceed the requisite of confindment imposed for plaintiff's technical violation.

12. Fact, The "Commission" negligently fail to preserve the agreement set-forth under the Natioal Capital Revitalization and Self Government Improvement Act of August 5th 1997 which took the control and care of all D.C. Lorton Reformatory inmates. Any inmate that was reviewed by the D.C. Parole Board before August 5th 1997, would remain under the laws of the D.C. Parole Board, and any inmate reviewed by the United States Parole Commission whose parole guild -

lines were DC Parole Board guild lines would continue to be seen under those guild lines. This care and control would also include the timely release of all such prisoners who have completed a required sentence and whose parole date called for re-parole would serve only the time imposed for their violation.

13. Due to Mr. Epps many illnesses, his being housed at this designated institution (USP Canaan), whose approved medications list did not cover the medical needs of Plaintiff Epps, who will suffer due to the non ability to have the most needed regiment of medications that are not on the list of medications purchased by this facility, and that will create a Pharmacokenitic resistance in the future due to the lack of continued protocol treatments associated with plaintiff's most needed care. Here at this facility, measures were sought to administer a number of medications that would cause more harm and would not have even been considered in plaintiff's case because of the medical history attached to plaintiff. Based upon only a dummy medical file that did not give the full history of plaintiff's medical needs, the extended time of incarceration has only sought to further cause damage to the health of the plaintiff.

14. Plaintiff Epps, has been place under extreme mental stress and duress, based on the willful negligence of all defendants listed in this civil action which is a verified complaint and seek a jury trial on all counts so triable.

## CONCLUSION

All acts complained of herein were done under color of law acting in their offical and individual capacitys. Plaintiff requests

-5-

that all the defendants in this civil action be served by way of the United States Marshal Service.

JURY DEMANDED

## RELIEF SOUGHT

Plaintiff seeks monitory compensatory and punitive damages for the above listed constitutional right violation:

(A) Compensatory amount sought: $6,500.00 per-day for a total of 45 days equalling $272,000.00

(B) In punitive damages Plaintiff seeks $ 6,000,000.00 for pain and suffering; Total amount requested: $ 6,272,000.00

(C) Plaintiff request to be taken off of parole.

Plaintiff Epps, prays that this Honorable Court will grant him The relief he requests, and any other relief this Court finds is necessary.

NOTICE TO THE PRINCIPAL IS NOTICE ON THE AGENT AND NOTICE ON THE AGENT IS NOTICE ON THE PRINCIPAL. APPLICABLE TO ALL SUCCESSORS ASSIGNS.

NOTARY

Subscribed and sworn to before _Cathy J. Gebert_ on this _5th_ day of _May_ 2008; who do affirm that Larry D. Epps the Aggrieved Plaintiff in the agoregoing Civil Complaint did appear before me in person and affix his signature hereto.

RAISED SEAL

Aggrieved Plaintiff
Larry Darnell Epps
Reg., # 36968-118
DCDC # 188-413
113 Wilmington Pl., S.E.
Suite # 303
Washington, DC 20032

Notary Public

_Cathy J. Gebert_

My commission ends

NOTARIAL SEAL
Cathy J. Gebert, Notary Public
Honesdale Boro, Wayne County
My commission expires August 27, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry D. Epps,<br>    Aggrieved/Plaintiff, | :<br>:<br>: |
|     -against- | : Civil Action Case No.:_____ |
| UNITED STATES OF AMERICA,<br>    Via | : SS    AFFIDAVIT OF TRUTH |
| UNITED STATES DEPARTMENT OF<br>JUSTICE PAROLE COMMISSION<br>    Via | : in the State of Pennsylvaina,<br>:<br>: County of Wayne, |
| COURT SERVICES OFFENDER<br>SUPERVISION AGENCY,<br>    Defendants, | : |

LET ALL MEN KNOW THESE PERSENTS

Comes here now, Larry D. Epps, being over the age of 21 and competent to make this affidavit, Larry Epps, sui juris, as Myself and for Myself, and as a Citizen of the District of Columbia, expressly not a citizen of the United States("federal citizen"), herein after Your Affiant, competent to brings forth this affidavit, and my good faith effort to do so does declare the following facts to be true, correct and complete and not mis-leading to the best of my knowledge, and belief and is not submitted for fraud, deciet, injustice, nor injury, and under penalty of perjury under the laws of the United States of America [pursuant to **Title 28 U.S.C.A.Sec 1746(1)**] and does so state: All statements contain in the Application To Proceed without prepayment of Fees and Affidavit are true and correct to the best of my knowledge.

1 of 2

I futher state in this Affidavit:

NOTICE TO THE PRINCIPAL IS NOTICE ON THE AGENT AND NOTICE ON THE AGENT IN NOTICE ON THE PRINCIPAL. APPLICABLE TO ALL SUCCESSORS AND ASSIGNS.

NOTARY

Subscribed and sworn to before Cathy J. Gebert on this 5th day of May 2008; who do affirm that Larry D. Epps the Aggrieved Plaintiff in the aforegoing AFFIDAVIT OF TRUTH did appear before me and affix his signature hereto.

_____
Affiant
Aggrieved Plaintiff

RAISED SEAL

_____
Notary Public

Cathy J. Gebert
_____
My Commission Ends_____

NOTARIAL SEAL
Cathy J. Gebert, Notary Public
Honesdale Boro, Wayne County
My commission expires August 27, 2009

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
08-911
RMC

**I (a) PLAINTIFFS**

Larry Darnell Epps

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (P2)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#36966-118

**DEFENDANTS**

USA, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00911
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/29/2008
Description: Pro Se Gen. Civil

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)    OR    ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $ 6.2 million    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☒ YES  ☐ NO    If yes, please complete related case form.

DATE 5/29/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

d:\forms\js-44.wpd